1 Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
2 332 N. Second Street
San Jose, CA 95112
3 Telephone (408) 271-6600
Facsimile (408) 298-6046
4
Attorneys for Plaintiff
5 Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>VINCENT SANDOVAL, SAM SANDOVAL, ELIZABETH SANDOVAL,<br><br>  Defendants. | No.   1:10-CV-00268 SKO<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to U.S. Magistrate Judge SHEILA K. OBERTO<br><br>Complaint Filed February 17, 2010 |

Plaintiff Ronald Moore, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Vincent Sandoval, Sam Sandoval and Elizabeth Sandoval through their attorney, The Reich Law Firm, Jeff Reich, Esq., Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: August 23, 2010              /s/Tanya Moore, Esq.
                                   Tanya Moore
                                   Attorney for Plaintiff

*Moore v. Vincent Sandoval., et al,*

Stipulation and Order for Dismissal

Page 1

Date: August 23, 2010                    THE REICH LAW FIRM

                                      /s/Jeff Reich, Esq.
                                      Jeff Reich
                                      Attorney for Defendants,
                                      Vincent Sandoval, Sam Sandoval
                                      And Elizabeth Sandoval

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

    Dated:   **August 23, 2010**                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE